# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700334

_____

## UNITED STATES OF AMERICA
Appellee

v.

## DEMARCUS D. BLACKMON
Seaman (E-3), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Charles Purnell, JAGC, USN.
Convening Authority: Commandant, Naval District Washington, Washington Navy Yard, DC.
Staff Judge Advocate's Recommendation: Commander J.A. Link, JAGC, USN.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 February 2018

_____

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court